OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 331 POTTER STEWART U.S. COURTHOUSE | |
|---|---|---|
| CATHERINE C. GEYER | 100 EAST FIFTH STREET | TELEPHONE (513) 564-7330 |
| *Chief Circuit Mediator* | CINCINNATI, OHIO 45202-3988 | FAX (513) 564-7349 |
| KATHRYN L. WOLLENBURG | CA06-MEDIATION@CA6.USCOURTS.GOV | |
| SCOTT COBURN | | |
| JOHN A. MINTER | | |

August 29, 2025

Aaron Lev Bernard
Matthew Daniel Cloutier
Steven James Griffin
Daniel Alexander Horwitz
William Powell
James Matthew Rice

Re:  *Rachel Welty, et al v. Bryant Dunaway, et al,* CA Nos. 25-5738; 25-5739

## **CANCELATION NOTICE**

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the mediation conference currently scheduled for  **September 18, 2025**, is hereby **CANCELED**.

Sincerely,

*Connie A. Weiskittel*

Connie A. Weiskittel
Mediation Administrator

cc:   Scott Coburn