# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

RACHEL WELTY, ET AL.,

*Appellees / Cross-Appellants,*

v.

BRYANT DUNAWAY, ET AL.,

*Appellants / Cross-Appellees.*

On Appeal from the United States District Court
for the Middle District of Tennessee
No. 3:24-cv-768

## UNOPPOSED MOTION FOR EXTENSION OF TIME

1.  Pursuant to Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a), Appellants/Cross-Appellees respectfully request a 30-day extension of time, to and including November 13, 2025, for filing their first brief. Appellees/Cross-Appellants consent to this motion.

2.  James Matthew Rice has principal responsibility for preparing Appellants/Cross-Appellees brief in this case. During the briefing period, Mr. Rice must prepare briefs for *NetChoice v. Skrmetti*, No. 25-5660 (CA6), *Gilliam v. Gerregano*, No. 25-107 (U.S.), *Fitzhugh v. Patton*, No. 25-50 (U.S.), and *Tennessee v. Kennedy*, No. 25-162 (U.S.), among other obligations.

3.  In addition to the conflicts of Appellants/Cross-Appellees' lead counsel, other counsel on the case have pre-existing deadlines in other matters.

4.  The requested extension is not sought for delay.  Rather, it will ensure that the Court receives fulsome briefing.

5.  This is Appellants/Cross-Appellees first request for an extension of time to file their merits brief.

6.  Appellees/Cross-Appellants consent to this motion.

## CONCLUSION

Appellants/Cross-Appellees respectfully request a 30-day extension of time, to and including November 13, 2025, for their first brief.

Dated: September 8, 2025

Respectfully submitted,

Jonathan Skrmetti
  *Attorney General & Reporter*

*/s/ J. Matthew Rice*
  *Solicitor General*

Steven J. Griffin
  *Deputy Attorney General*

Matthew D. Cloutier
Aaron L. Bernard
  *Assistant Solicitors General*

Office of the Tennessee Attorney
General & Reporter
P.O. Box 20207
Nashville, TN 37202
Matt.Rice@ag.tn.gov
(615) 532-6026

*Counsel for Appellants/Cross-Appellees*

**CERTIFICATE OF SERVICE**

On September 8, 2025, I filed an electronic copy of this motion with the Clerk of the Sixth Circuit using the CM/ECF system. That system sends a Notice of Docket Activity to all registered attorneys in this case. Under 6 Cir. R. 25(f)(1)(A), "[t]his constitutes service on them and no other service is necessary."

*/s/ J. Matthew Rice*
J. MATTHEW RICE
