No. 25-5738/5739

_____

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

RACHEL WELTY et al.,

*Plaintiffs/Appellees/Cross-Appellants,*

v.

BRYANT DUNAWAY et al.,

*Defendants/Appellants/Cross-Appellees.*

_____

On Appeal from the United States District Court
for the Middle District of Tennessee, No. 3:24-cv-768

_____

Daniel A. Horwitz
Sarah L. Martin
Laura E. Cantwell
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
(615) 739-2888
daniel@horwitz.law
sarah@horwitz.law
laura@horwitz.law

William Powell
Elizabeth Cruikshank
INSTITUTE FOR CONSTITUTIONAL
    ADVOCACY & PROTECTION
GEORGETOWN LAW
600 New Jersey Avenue NW
Washington, DC 20001
(202) 661-6629
whp25@georgetown.edu
erc56@georgetown.edu

*Counsel for Plaintiffs/Appellees/Cross-Appellants*

_____

# PLAINTIFFS' CONSENT MOTION FOR AN EXTENSION OF TIME

_____

Plaintiffs/Appellees/Cross-Appellants respectfully file this motion, pursuant to

Federal Rule of Appellate Procedure 26(b) and Sixth Circuit Rule 26(a), for an

1

extension of time of 30 days in which to file their initial brief in this appeal. The brief is currently due on December 15, 2025. If the Court grants this motion, the brief would be due on January 14, 2025. Defendants/Appellants/Cross-Appellees consent to the extension.

This motion is supported by good cause based on the following:

1. This appeal was filed on August 19, 2025. After receiving a 30-day extension, Defendants filed their first brief on November 13, 2025.

2. A 30-day extension of Plaintiffs' deadline to file their brief is necessary in light of the press of undersigned counsel's other work. During the briefing period in this case, undersigned counsel also has briefing deadlines in *Southeastern Synod of the Evangelical Lutheran Church in America v. Finney*, No. 3:25-cv-684 (M.D. Tenn.); *Wolford v. Lopez*, No. 24-1046 (U.S.); *National Rifle Association of America v. Vullo*, No. 25-479 (U.S.); and *Jolt Initiative, Inc. v. Paxton*, No. 1:25-cv-1808 (W.D. Tex.), among other obligations. Plaintiffs also seek the extension in light of personal obligations during the upcoming holiday season.

3. Plaintiffs have not previously sought any extensions of time for filing their brief.

4. Defendants' counsel has conveyed that Defendants consent to the requested 30-day extension.

Respectfully submitted this 24th day of November, 2025.

/s/ William Powell
William Powell
INSTITUTE FOR CONSTITUTIONAL
    ADVOCACY AND PROTECTION
GEORGETOWN LAW
600 New Jersey Ave. NW
Washington, DC 20001
(202) 661-6629
whp25@georgetown.edu

*Counsel for Plaintiffs/Appellees/Cross-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit using the appellate CM/ECF system on November 24, 2025. Listed counsel in this appeal are registered CM/ECF users who will be served by the appellate CM/ECF system.

*/s/ William Powell*
William Powell