No. 25-5738/5739

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

RACHEL WELTY, ET AL.,

*Appellees / Cross-Appellants,*

v.

BRYANT DUNAWAY, ET AL.,

*Appellants / Cross-Appellees.*

On Appeal from the United States District Court
for the Middle District of Tennessee
No. 3:24-cv-768

# APPELLANTS/CROSS-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING OR REHEARING EN BANC

Pursuant to Federal Rules of Appellate Procedure 26(b) and 40(d) and Sixth Circuit Rules 26 and 40(c), Appellants/Cross-Appellees respectfully request an extension of fourteen days, up to and including October 22, 2026, to file a petition for rehearing or rehearing en banc. In support of this motion, Appellants/Cross-Appellees state as follows:

1. On September 24, 2026, this Court issued its opinion in the above-captioned matter.

2. Under Federal Rule of Appellate Procedure 40(a)(1), the deadline for any

petition for rehearing or rehearing en banc is October 8, 2026.

3. Appellants/Cross-Appellees' counsel has good cause for seeking an extension of time. Counsel has substantial litigation obligations associated with an execution scheduled for September 30, 2026, in addition to drafting and supervisory responsibility for multiple briefs with deadlines in October. For these reasons, it would be difficult for counsel to prepare the petition by the current deadline.

4. This request is the first request for an extension of time and is made in good faith and not for purposes of delay.

5. Appellees/Cross-Appellants do not oppose this motion for extension of time.

Accordingly, Appellants/Coss-Appellees respectfully request that the time to file a petition for rehearing or rehearing en banc be extended by fourteen days, up to and including October 22, 2026.

Dated: September 25, 2026

Respectfully submitted,

Jonathan Skrmetti
*Attorney General & Reporter*

/s/ Madeline W. Clark
Madeline W. Clark
*Solicitor General*

Aaron L. Bernard
*Assistant Solicitor General*

Office of the Tennessee Attorney General & Reporter
P.O. Box 20207
Nashville, TN 37202
Madeline.Clark@ag.tn.gov
(615) 253-0144

*Counsel for Appellants/Cross-Appellees*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 209 words. It also complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in proportionally spaced typeface using Century Schoolbook 12-point font in Microsoft Word.

*/s/Madeline W. Clark*
Madeline W. Clark
*Solicitor General*