**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 28, 2026

Ms. Madeline Clark
Office of the Attorney General
Of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207

Re: Case No. 25-5738/25-5739
*Rachel Welty, et al v. Bryant Dunaway, et al*
Originating Case No. 3:24-cv-00768

Dear Ms. Clark,

The court has granted the motion for an extension of time in which to file a Petition for Rehearing En Banc.

Your petition is to be filed no later than the close of business on **October 22, 2026**.

No further extensions will be granted.

Sincerely yours,

s/Kelly Stephens
En Banc Coordinator: Robin
Direct Dial No. 513-564-7014

cc: Mr. Bryce W. Ashby
Mr. Andrew Beck
Mr. Aaron Lev Bernard
Mr. Hunter Coleman Branstetter
Mr. Brennan Tyler Brooks
Ms. Shelby Calambokidis
Ms. Elizabeth Cruikshank
Ms. Courtney M. Dankworth

Ms. Emma Eisendrath
Mr. Steven James Griffin
Mr. Daniel Alexander Horwitz
Ms. Sarah A. Hunger
Mr. Matthew Franklin Kuhn
Mr. Jonathan F. Mitchell
Ms. Mary Ann Parker
Mr. William Powell
Ms. Emily Sauer
Ms. Kylee Sunderlin
Mr. David C. Ware
Ms. Charline Yim